**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 18-cv-1059-WJM-MEH

CHARLES LICO, an individual, and
CL ENTERTAINMENT, INC., a Tennessee corporation,

      Plaintiffs,

v.

KELLY FOOTE, an individual,
KERRI FOOTE, an individual, and
FRSSE, INC., a Colorado corporation

      Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Without Prejudice, filed May 8, 2019 (ECF No. 62). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action and claims of all parties are hereby DISMISSED WITHOUT PREJUDICE and without costs to either party. After the fulfillment of the terms of the Settlement Agreement between the Parties, the Parties may move to dismiss the action with prejudice.

Dated this 9th day of May, 2019.

BY THE COURT:

_____

William J. Martinez
United States District Judge