**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 18-cv-1059-WJM-MEH

CHARLES LICO, an individual, and
CL ENTERTAINMENT, INC., a Tennessee corporation,

      Plaintiffs,

v.

KELLY FOOTE, an individual,
KERRI FOOTE, an individual, and
FRSSE, INC., a Colorado corporation

      Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

      This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, filed January 15, 2020 (ECF No. 64).  The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

      The Parties' Stipulated Motion to Dismiss is GRANTED.  Pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P., the above-captioned action is hereby DISMISSED WITH PREJUDICE, without costs to either party.

      Dated this 15th day of January 2020.

                    BY THE COURT:

                    _____
                    William J. Martínez
                    United States District Judge